**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CFX CDO Co., Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  Cover FX Skin Care Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **CRA Business Number (BN): 863691390 (Canadian equivalent of US Federal Tax ID No.)** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **228 Park Ave S.** **PMB 26206** **New York, NY 10003-1502** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **New York** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **CFX CDO Co., Inc.**                                          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____4461____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

Debtor    **CFX CDO Co., Inc.**                                    Case number (if known) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | **CFX US Co., Inc.** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Southern District of New York** | When | Case number, if known |

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
          Contact name       _____
          Phone              _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **CFX CDO Co., Inc.**                                          Case number (*if known*) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 11, 2022**
MM / DD / YYYY

X **/s/ Michael G. Long**                                    **Michael G. Long**
Signature of authorized representative of debtor        Printed name

Title    **Chief Financial Officer and Chief Operating Officer**

**18. Signature of attorney**

X **/s/ George P. Angelich**                                Date    **January 11, 2022**
Signature of attorney for debtor                              MM / DD / YYYY

**George P. Angelich**
Printed name

**Arent Fox LLP**
Firm name

**1301 Avenue of the Americas**
**Floor 42**
**New York, NY 10019-6040**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 484-3900**        Email address    **george.angelich@arentfox.com**

**4322236 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **CFX CDO Co., Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 11, 2022**    X **/s/ Michael G. Long**
                                           Signature of individual signing on behalf of debtor

                                           **Michael G. Long**
                                           Printed name

                                           **Chief Financial Officer and Chief Operating Officer**
                                           Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **CFX CDO Co., Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Albea Beauty Solutions USA LLC PO Box 824397 Philadelphia, PA 19182-4397 | James OMelia, Supply Chain Mgr James.OMelia@group-ibg.com | Components | | | | $225,750.00 |
| CSR Cosmetic Solutions Inc. PO Box 29052 RPO Wellington Plaza Barrie, ON Canada L4N 7W7 | Laura Vaughn / Dylan Lindsay DLindsay@csrcs.ca | Contract | | | | $26,843.46 |
| Oracle America Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | Attn: Brett Elliott, VP | Software | | | | $16,920.74 |
| Jones Day PO Box 70294 Cleveland, OH 44190-0294 | C/O McMillan (Sharon Groom) sharon.groom@mcmillan.ca | Legal Services | | | | $12,862.50 |
| Bellwyck Inc. PO Box 57733 STN A Toronto, ON M5W 5M5 | Ewa Sosnowski, Collections esosnowski@bellwyck.com | Components | | | | $9,240.22 |
| NW Cosmetic Laboratories LLC dba Elevation Labs - Idaho 2105 Boge Ave Idaho Falls, ID 83401 | Lee Foster, Account Manager Lee.Foster@elevationlabs.com | Components | | | | $8,162.16 |
| The Cincinnati Insurance Co. PO Box 145620 Cincinnati, OH 45250 | Sean M. Givler, Sr. V.P. 513-870-2000 | Insurance | | | | $5,849.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **CFX CDO Co., Inc.**                                                    Case number *(if known)*
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **China Sinda 11/F, Tower B, Focus Place 19 Financial Street Beijing 100033, China** | | **Regulatory Services** | | | | **$1,798.00** |
| **GS1 Canada c/o TH1029, PO Box 4283 Postal Station A Toronto, CA M5W 5W6** | | **Product Registration** | | | | **$1,176.89** |
| **Total Solutions, Inc. 5100 South Service Road Unit 28 Burlington, ON L7L 6A5** | **Emilia Sirianni**<br><br>**emilia@totalsolutionsinc.com** | **Components** | | | | **$981.68** |
| **Stewart McKelvey Purdy's Wharf Tower I PO Box 997 Hailfax, NS B3J 2X2** | **Rose Hartlen-Brown, Legal Asst**<br><br>**rmhartlen@stewartmckelvey.com** | **Legal Services** | | | | **$686.61** |

# United States Bankruptcy Court
## Southern District of New York

In re    __CFX CDO Co., Inc.__                      Case No. _____

                                       Debtor(s)         Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CoverFX Skin Care Holdings ULC**<br>**1959 Upper Water St**<br>**Halifax, NS, B3J 3N2 Canada** | **Common Stock** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Chief Financial Officer and Chief Operating Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __January 11, 2022__              Signature   __/s/ Michael G. Long__

                                                         **Michael G. Long**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of New York**

In re    **CFX CDO Co., Inc.**
_____    Case No. _____
                                    Debtor(s)    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer and Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 11, 2022**
_____        **/s/ Michael G. Long**
                                    _____
                                    **Michael G. Long**/**Chief Financial Officer and Chief Operating**
                                    **Officer**
                                    Signer/Title

2286333 Ontario Inc.
Attn: Lee and Cecil Graff
22 Shallmar Blvd., PH3
Toronto, Ontario, M5N 2Z8

2287227 Ontario Inc.
Attn: Thomas and Lynda Bond
39 Old Mill Road, #402
Toronto, ON, M8X 1G6

2287228 Ontario Inc.
Attn: Neil Shear and Suzann Kronovic
182 Brunswick Ave.
Toronto, Ontario, M5S 2M5

24 Seven, LLC
Attn: Lisa Marie Ringus
105 Maxess Road, Suite 201
Melville, NY 11747

A.M. Gallagher Holdings, LLC
Attn: Alisha Gallagher
2211 Norfolk Street, Suite 1100
Houston, TX 77098

ACP Partners (UK) LLP
22 Abbey Lodge
Park Road, London NW8 7RJ

Albea Beauty Solutions USA LLC
PO Box 824397
Philadelphia, PA 19182-4397

Alex Jay Creative LLC
1018 17th St
Santa Monica, CA 90403

AlgoFace
Attn: Ali Bennett; Colleen Dempsey
950 Stephenson Highway
Troy, Michigan 48083

Alok Oberoi
1681 Flint Road
Toronto, ON
Canada, M3J 2W8

Amazon Services, Inc.
410 Terry Avenue North
Seattle, WA 98109-5210

AMDX LLC
Attn: Leigh Brandt
159 20th Street 1B - #22
Brooklyn NY 11232

Anisa International, Inc.
Attn: Anisa Telwar-Kaicker
225 Ottley Dr. NE #230
Atlanta, GA 30324

Aon Risk Services Northeast, Inc.
1600 Summer Street
Stamford, CT 06907-4907

Apotheca Beauty Perfumes & Cosmetics Trading LLC
Attn: Nora Al-Ramadhan
Dubai Design District
Building 6 #M04, P.O. Box 115644
Dubai, UAE

Apotheca General Trading One Person LLC
Dubai Design District
Building 6 #M04, P.O. Box 115644
Dubai, UAE

Ariadne Colliard
808 Columbus Ave, Apt. 17J
New York, NY 10025

Arizona Dept. of Revenue
PO Box 29010
Phoenix, AZ 85038-9010

Array Canada Inc.
45 Progress Avenue
Toronto, ON, Canada M1P 2Y6

Art and Parcel LLC
Attn: Stephanie Seliskar
3184 Clubhouse Rd
Merrick, NY 11566

ATTORNEY GENERAL OF CANADA
Attn: Diane Winters
Dept. of Justice Ontario Regional Office
The Exchange Tower
130 King Street West, Suite 3400
Box 36 Toronto, ON M5X 1K6

AVALARA
21 Robert Pitt Dr #310
Monsey, NY 10952

Beauty Holdco, LLC
c/o Catterton Partners
Attn: Jonathan Owsley
599 West Putnam Avenue, Ste. 200
Greenwich, CT 06830

Bellwyck Inc.
PO Box 57733, STN A
Toronto, ON M5W 5M5

Benita Kapadia
712 Grand Street #1
Hoboken, NJ 07030

Boxy Charm, Inc.
880 Southwest 145th Avenue, Ste. 300
Pembroke Pines, FL 33027

Break the Web, Inc.
Attn: Rachel Lentner
10946 S Kelso Dune Dr.
South Jordan, UT 84009

Brent McIlwain, Esq.
Holland & Knight LLP
200 Crescent Court, Suite 1600
Dallas, Texas 75201

Bruce Chapple
181 Bay Street 4400
Toronto, ON
Canada, M5J 2T3

Burlington Merchandising Corporation
1830 US-130
Burlington, NJ 08016

California Department of Tax & Fee Admin
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

Canada Border Services Agency - Customs
Trade Operations Division
1 Front Street West, 3rd Floor
Toronto, Ontario
M5J 2X5

Capacity LLC
Attn: Arlen Fish
1112 Corporate Road
North Brunswick, NJ 08902

Catterton Management Company LLC
599 W. Putnam Ave
Greenwich, CT 06830

CFX Partners LP
Attn: Giorgio Bianchi
4100-66 Wellington Street West
PO Box 35
Toronto, Ontario M5K 1B7

CFX Partners LP
Attn: Celina Collins
Walmley, La Rue Des Servais,
St. John, Jersey, UK JE3 4FQ

Cherry Blossom Investments S.à.r.l
Attn: Stephanie Stacchini
15, Boulevard F. W. Raiffeisen
L- 2411 Luxembourg
Grand Duchy of Luxembourg

China Sinda
11/F, Tower B, Focus Place
19 Financial St.
Beijing 100033, China

Christina Gabriel
14 Laurel Place
Glen Ridge, NJ 07028

CJO Holdings, LLC
Attn: Chelsi Oestreich
2211 Norfolk Street, Ste. 1100
Houston, TX 77098

Colleen Walsh
24 Bonnett Ave
Larchmont, NY, 10538

Collier Beauty Holdings, LLC
Attn: Sharon Collier
2211 Norfolk Street, Ste. 1100
Houston, TX 77098

Commonwealth of Massachusetts
Massachusetts Dept. of Revenue
PO Box 7089
Boston, MA 02241-7089

Comptroller of Public Accounts
P.O. Box 149354
Austin, TX 78714-9354

Criteo Corp
PO Box 392422
Pittsburgh, PA 15251-9422

CSR Cosmetic Solutions Inc.
Attn: Laura Vaughn
P.O Box 29052
RPO Wellington Plaza
Barrie, ON Canada L4N 7W7

Dan Klores Communications LLC
261 Fifth Avenue, 3rd Floor
New York, NY 10016

Dash Hudson
Attn: Chelsea Seaman
1668 Barrington Street, Ste. 600
Halifax, NS B3J2A2, Canada

Zeitlin & Zeitlin, P.C.
Attn: David A. Zeitlin, Esq.
50 Court Street, Ste. 506
Brooklyn, NY 11201

Darling Design, Inc.
Attn: Courtney Darling
15 Malcolm Avenue
East Hampton, NY 11937

Dermstore LLC
Attn: Melinda Celliah
1960 E. Grand Avenue, 6th Floor
El Segundo, California 90245

New Jersey Division of Taxation
Compliance & Enforcement - Bankruptcy Unit
3 John Fitch Way, 5th Fl.
P.O. Box 245
Trenton, NJ 08695-0245

Element Packaging
1441 West Newport Center Drive
Deerfield Beach, FL 33442

Eleny Leung
10869 38th Avenue
Corona, NY 11368

Elevar, LLC
Attn: Brad Redding
520 Folly Road, Ste. 25
Charleston SC 29412

Emily Culp
1681 Flint Road
Toronto, ON
Canada, M3J 2W8

Englewood Lab
20 Campus Dr.
Totowa, NJ 07512

Envolve Tech
Attn: Jennie Westbrook; Marc Blumberg
Excalibur House, Langstone
Newport NP18 2HJ, United Kingdom

F12.net, Inc.
Attn: Doron Kaminski
13555 156 Street
Edmonton, Alberta

Facebook Inc.
Attn: AR
15161 Collections Center Drive
Chicago, IL 60693

Fatima Ramadan
50 Robertsville Road
Marlboro, NJ 07746

Feelunique International Limited
4th Floor Berkshire House
168-173 High Holborn
London WC1 7AA

Florida Dept. of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0120

Google
1600 Amphitheatre Pwy
Mountain View, CA 94043

GRIN Technologies, Inc.
Attn: Katie Gruessing
400 Capitol Mall, Suite 900
Sacramento, CA 95814

GS1 Canada
c/o TH1029
PO Box 4283
Postal Station A
Toronto, CA M5W 5W6

Hawke Media LLC
Attn: Kathleen English
1714 16th Street
Santa Monica, CA 90404

Hawke Media, LLC
Attn: Ralph Cartwright
2231 South Barrington Avenue
Los Angeles, CA 90064

HCT Packaging, Inc.
46 East Main Street, Ste. 202
Sommerville, NJ 08876

Huebscher & Co.
Attn: Eric Huebscher
630 3rd Avenue – 21st Floor
New York, NY 10017

Hurtte Holdings, LLC
Attn: Frances Rubin, Executor
2211 Norfolk Street, Ste. 1100
Houston, TX 77098

ICFX Inc.
Attn: Marc Ladouceur (IAVF)
247 Deerfield Drive
White Lake, Ontario, K0A 3L0

Illinois Dept. of Revenue
Bankruptcy Unit
PO BOX 19035
Springfield IL 62794-9035

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Israel Vaca
6422 65th Lane
Middle Village, NY 11379

J. & C. G. Holdings Inc.
Attn: Cecil Graff; Jonathan Graff
22 Shallmar Blvd., PH3
Toronto, Ontario, M5N 2Z8

Janee Burks
29 Cliff Street, Apt. 20C
New York, NY 10038

JAS Forwarding USA Inc.
6165 Barfield Rd
Atlanta, GA 30328

Jasmine Ellis
1915 Vassar Street  #110
Glendale, CA 91204

Jennica Castelar
311 Lincoln Place, Apt. 9A
Brooklyn, NY 11238

Jessica Barros
6 North Main Street
Allentown, NJ 08501

John Alton Holdings, LLC
Attn: Jay Smith
2211 Norfolk Street, Ste. 1100
Houston, TX 77098

John Sazone
PO Box 1336
1290 Hicksville Rd
Massapequa, NY 11758

Jon Owsley
1681 Flint Road
Toronto, ON
Canada, M3J 2W8

Jones Day
c/o McMillan LLP
901 Lakeside Avenue
Cleveland, OH 44114

JPM Chase Bank USD
PO Box 15918
Mail Suite DE1-1404
Wilmington, DE 19850

JPMorgan Chase Credit Card
PO Box 15918
Mail Suite DE1-1404
Wilmington, DE 19850

Juliane Barreto Inacio
1452 Pleasant Valley Way
West Orange, NJ 07052

Justworks
601 W. 26th Street, Ste. 400
New York, NY 10001

Klaviyo
Attn: Shana Osborne
125 Summer St., Floor 7
Boston, MA 02111

Krysta Allen
813 Willow Ave, Apt. 4S
Hoboken, NJ 07030

LaFayette FX LLC
c/o Charles A. Barragato & Co. CPAs
Attn: Ceci Kurzman
950 Third Avenue
New York, NY 10022

Lee Graff Consultants
22 Shallmar Blvd PH3
Toronto, ON, M5N 2Z8

Listrak Inc.
100 West Millport Road
Lititz, PA 17543

Sills Cummis & Gross P.C.
Attn: Marc D. Leve, Esq.
101 Park Avenue, 28th Fl.
New York, NY 10178

United Federal Credit Union
c/o Market Defense LLC
Attn: Brandon Pemberton
1441 Patton Avenue
Asheville, NC 28806

Massachusetts Dept. of Revenue
Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204

McMillan LLP
Attn: Bruce Chapple
Brookfield Place, Suite 4400
181 Bay Street
Toronto, Ontario
Canada M5J2T3

Megan Curtain
1225 First Street, Apt. 506
Alexandria, VA 22314

Megan Loehner
1681 Flint Road
Toronto, ON
Canada, M3J 2W8

Melissa DelCasale
2030 Hudson Street, Apt. 1131
Fort Lee, NJ 07024

Meyers Norris Penny LLP
111 Richmond Street West, Ste. 300
Toronto, ON M5H 2G4

MGL Associates LLC
18 Bell Street, Unit 1
Montclair, NJ 07042

Michael Miciunas
DMM, Prestige Cosmetics
Ulta Beauty
1000 Remington Blvd. Ste. 120
Bolingbrook, IL 60440

Ministry of Finance (Ontario)
Legal Services Branch
Attn: Kevin O'Hara
33 King Street, 6th Fl.
West Oshawa, ON L1H 8H5

Missouri Local Government
Employee Retirement System
Attn: Megan Loehner
701 W. Main Street
POB 1665
Jefferson City, MO 65102

MNP LLP
Attn: Ryan Magee
111 Richmond St. West, Ste. 300
Toronto ON; M5H 2G4

Monique Meneses
47 Murray Street, Apt 3
New York, NY 10007

N.C. Dept. of Revenue
PO Box 25000
Raleigh, NC 27640

Nathalie Manivong
50 W 72nd Street #805
New York, NY 10023

Near North Custom Brokers
20 Elliot Avenue
Barrie, ON L4N 4V7

North Carolina Dept. of Revenue
Attention: Bankruptcy Unit
Post Office Box 1168
Raleigh, NC 27602-1168

Northwest Cosmetic Laboratories LLC
d/b/a Elevation Labs - Idaho
2105 Boge Ave
Idaho Falls, ID 83401

NYC Dept. of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

NYS Sales Tax Processing
PO Box 15168
Albany NY 12212-5168

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Ste. 1006
New York, NY 10014

Ohio Dept. of Taxation
P.O. Box 16560
Columbus, OH 43216-6560

Omniante Enterprises LLC
d/b/a DigiShopGirl Media
Attn: Katya Constantine
4616 25th Ave NE #151
Seattle, WA 98105

Oracle America, Inc.
Attn: Brett Elliott
500 Oracle Parkway
Redwood Shores, CA 94605

Pamela Neferkara
1681 Flint Road
Toronto, ON
Canada, M3J 2W8

PBM Realty Holdings, Inc.
Attn: Phillip Moore
191 John Street
Barrie, Ontario L4N 2L4

PowerReviews
1 N Dearborn, Suite 800
Chicago, IL 60602

Rakuten Marketing, LLC
Attn: President
215 Park Avenue South, 2nd Fl.
New York, NY 10003

Randstad
P.O. Box 2084
Carol Stream, IL 60132-2084

Reina Guardado
1601 N 15th St
Philadelphia, PA 19121

Revenu Quebec
C.P. 3000, succursale Place-Desjardins
Montreal (Quebec) H5B 1A4

Revenue Administration Division
110 Carroll Street
Annapolis, MD 21411

Richard Kohlberger, Esq.
Finn Dixon & Herling LLP
6 Landmark Square
Stamford, CT 06901-2704

Right Side Up, LLC
Attn: Tyler Elliston
9901 Brodie Lane
Ste. 160 PMB515
Austin, TX 78748

Robert E. Shapiro, Esq.
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Ste. 3900
Chicago, IL 60606

Sarah Hague
282 South 5th St. Apt 12G
Brooklyn, NY 11211

SDS Thomaston Corp
PO Box 824815
Philadelphia, PA 19182-4815

Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

Sephora USA, Inc.
525 Market Street
San Francisco, CA 94105

Shenzhen Jomeyo Technology Co., Ltd.
F7(A3) Block A,
Bofook Jewelery Zone
No. 33, Bulan Road
Longgang District,
Shenzhen PR China 518114

Shopify Inc.
Attn: Loren Padelford
150 Elgin Street
Ottawa, Ontario K2P 1L4

Sprout Social, Inc.
131 S Dearn St., Suite 700
Chicago, IL 60603

State of Georgia, Dept. of Revenue
PO BOX 105408
Atlanta, GA 30348-5408

Stewart McKelvey
Purdy's Wharf Tower I
PO Box 997
Halifax, NS B3J 2X2

Stewart McKelvey
600-174 Lower Water St
PO Box 997
Halifax NS B3J 2X2
Canada

Tamanna Malik
112 Sheridan Avenue
Clifton, NJ 07011

Ten Eyck Business Solutions
Attn: Linda Ten Eyck
773 Pelham Road, #5F
New Rochelle, NY 10805

The Cincinnati Insurance Company
P.O Box 145620
Cincinnati, OH 45250
The Magnes Group INC
1540 Cornwall Road, Suite 100
Oakville, ON L6J 7W5

Tigers (USA) Global Logistics Inc
Dept CH 19499
Palatine, IL 60055

Tinuiti, Inc.
142 West 36th Street, 11th Floor
New York, NY 10018

TJ Maxx
770 Cochituate Rd
Framingham, MA 01701

Total Solutions Inc.
5100 South Service Road, Unit 28
Burlington, ON L7L 6A5

U.S. Securities & Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

ULTA Inc.
Attn: Rachel Magley; Chrysan Gardner
1000 Remington Blvd., Ste. 120
Bolingbrook, Illinois 60440

United States Attorney's Office
Southern District of New York
Attention: Tax & Bankruptcy Unit
86 Chambers Street, 3rd Fl.
New York, NY 10007

Washington State
Dept. of Revenue
PO Box 47464
Olympia, WA 98504-7464

Whitney Casey
1681 Flint Road
Toronto, ON
Canada, M3J 2W8

WKL Advisors, LLC
400 Seasage Dr. APT 602
Delray Beach, FL 33483

Yotpo
Attn: Erin Twyman
400 Lafayette St
New York, NY 10003

Zendesk
Attn: Cole Weldon
989 Market St.
San Francisco, CA 94103-1708

# United States Bankruptcy Court
## Southern District of New York

In re   **CFX CDO Co., Inc.**          Case No. _____

Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __CFX CDO Co., Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CoverFX Skin Care Holdings ULC
1959 Upper Water St
Halifax, NS, B3J 3N2 Canada**

☐ None [*Check if applicable*]

__January 11, 2022__          **/s/ George P. Angelich**

Date          **George P. Angelich**

Signature of Attorney or Litigant
Counsel for __CFX CDO Co., Inc.__
**Arent Fox LLP**
**1301 Avenue of the Americas**
**Floor 42**
**New York, NY 10019-6040**
**(212) 484-3900 Fax:(212) 484-3990**
**george.angelich@arentfox.com**

**CFX CDO CO., INC.**
**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS**
**(1) APPROVING COMMENCEMENT OF A CHAPTER 11 BANKRUPTCY CASE;**
**(2) APPROVING AUTHORIZATIONS OF MICHAEL G. LONG; AND**
**(3) RETAINING ESTATE PROFESSIONALS**

The undersigned, being all of the members of the Board of Directors (the "Board of Directors") of CFX CDO Co., Inc. f/k/a Cover FX Skin Care Inc., an Ontario Corporation (the "Company"), acting by written consent (the "Unanimous Written Consent"), do hereby consent to and adopt the following resolutions, and direct that this Unanimous Written Consent be filed with the minutes of the proceedings of the Board of Directors of the Company.

**WHEREAS,** the Board of Directors has reviewed the assets, liabilities, and liquidity of the Company, and has been advised as to and fully considered the strategic alternatives available to the Company, and the impact of the decisions authorized herein on the Company's business and stakeholders;

**WHEREAS,** the Board of Directors has deemed it desirable and in the best interests of the Company that the following actions be taken by the Board of Directors and that the resolutions herein shall remain in full force and effect unless and until the Board of Directors adopts a further resolution to the contrary.

**RESOLVED** that the Company shall file a voluntary petition under Subchapter V of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., in the United States Bankruptcy Court for the Southern District of New York (the "CFX Bankruptcy Case") on or about January 11, 2022.

**FURTHER RESOLVED** that Michael G. Long is hereby authorized on behalf of and in the name of Company to execute and file and to cause counsel to the Company to prepare, with the assistance of the Company and its attorneys and financial advisors as appropriate, all petitions, schedules, lists and other papers, documents and pleadings in connection with the CFX Bankruptcy Case, and to take any and all action that Mr. Long deems necessary and proper in connection with the CFX Bankruptcy Case without the need for any further approval of the Board of Directors unless and until the Board of Directors subsequently decides to the contrary.  These actions include but are not limited to the following: employing and compensating counsel and professionals; collecting accounts receivables; negotiating with creditors, lenders, vendors, and suppliers; assuming, assigning, or rejecting executory contracts; renegotiating the terms of executory contracts; commencing and defending litigation involving the Company; liquidating some or substantially all of the Company's assets; causing the Company to propose a plan of liquidation and to seek to confirm a plan of liquidation; and causing the Company to take whatever steps are necessary to be in compliance with any orders of the Bankruptcy Court.  Mr. Long also has the power to designate any other representative of the Company with the power and authority to execute any pleadings or other documents on behalf of the Company.

**FURTHER RESOLVED** that the Company shall retain the firm of Arent Fox LLP ("Arent Fox") as counsel for the Company in connection with the commencement, maintenance, and termination

of any chapter 11 case commenced by the Company—including all contested matters, adversary proceedings, and appeals arising in or from such a chapter 11 case—and in connection with such other matters for which the Company may need legal advice or representation, pursuant to the terms and conditions set forth in all written agreements between the Company and Arent Fox.

**FURTHER RESOLVED** that the Company is authorized to appoint Eric Huebscher and/or the firm of Huebscher & Co. as Plan Administrator pursuant to the terms and conditions set forth in all written agreements between the Company and Mr. Huebscher and/or Huebscher & Co.

*[Remainder of Page Intentionally Left Blank.]*

AFDOCS/25152948.1

**IN WITNESS WHEREOF**, the undersigned have executed this Unanimous Written Consent as this 11th day of January, 2022.

_____
Jaideep Puri

_____
William Lenhart